UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BLAKE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROSEMARY NDOH,<br><br>　　　　Respondent. | Case No. 3:19-cv-06227-WHO<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE**<br><br>Re: Dkt. No. 14 |

Petitioner's unopposed motion to extend the time to file a response to the pending motion to dismiss is GRANTED. The response shall be due December 2, 2020.

**IT IS SO ORDERED.**

Dated: October 19, 2020

_____
William H. Orrick
United States District Judge